In re: Jimmy PEARSON; Jeanette Lucille Pearson, a/k/a Jeanette Lucille Carlson, Debtors.

Mark R. Stewart, Trustee, Appellant,

v.

Jimmy Pearson; Jeanette Lucille Pearson, a/k/a Jeanette Lucille Calrson, Appellees.

United States of America, Amicus Curiae.

No. 08–8060.

United States Court of Appeals, Tenth Circuit.

Jan. 22, 2009.

Mark R. Stewart, Cheyenne, WY, pro se.

Ken McCartney, Cheyenne, WY, for Appellee.

Robert J. Schneider, United States Department of Justice, Office of the United States Trustee, Newark, NJ, P. Matthew Sutko, Executive Office for U.S. Trustees, Washington, DC, Amicus Curiae.

Before KELLY, MURPHY, and HARTZ, Circuit Judges.

### ORDER

Upon consideration of the "Appellees' Status Report and Suggestion of Mootness," and the responses filed by the appellant Trustee and amicus United States, the court orders this appeal **DISMISSED** as moot.

It is further ordered that the opinion of the United States Bankruptcy Appellate Panel of the Tenth Circuit (BAP), issued on July 28, 2008, 390 B.R. 706, is **VACATED.** The matter is remanded to the BAP with instructions to vacate the bankruptcy court's ruling as to the vehicle-ownership-deduction issue and dismiss the BAP appeal.